

RECEIVED
IN MONROE, LA.

JUL 0 3 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VERNON CALLIER<br>LA. DOC #373466 | CIVIL ACTION NO. 3:11-cv-2144 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

MONROE, LOUISIANA, this __3__ day of __July__, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE